

**Kelly T. Currie**
KCurrie@crowell.com
(212) 895-4257 direct

Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022
+1.212.223.4000 main
+1.212.223.4134 fax

October 26, 2022



Application Granted
Valerie Figueredo, U.S.M.J.
DATED: 10-27-2022

**By Electronic Mail & ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312
FigueredoNYSDChambers@nysd.uscourts.gov

Re: United States v. Ali Cheema; Criminal Docket No: 22 Mag 7615

Dear Judge Figueredo:

    We represent the defendant Ali Cheema in the above referenced matter. We write to request that the conditions of Mr. Cheema's release be modified to allow him to accompany his wife on a visit to his wife's parents home in Manchester, Connecticut on October 29, 2022. At his presentment in the instant case on September 21, 2022, Your Honor ordered Mr. Cheema's release on a $250,000 bond, secured by a financially responsible cosigner.

    Mr. Cheema seeks permission to accompany his wife to visit his in-laws in Connecticut because his elderly father- and mother-in-law have difficulty traveling. Therefore, Mr. Cheema requests that he be allowed to travel the short distance to, and spend the day at, his in-laws home in, Manchester, CT.[1] Mr. Cheema commits to returning to his home in the Eastern District of New York prior to midnight on October 29, 2022. Since his release on bond, Mr. Cheema has complied with all of the conditions of his release and has been in regular contact with Pretrial Services, as required. None of Mr. Cheema's co-defendants are invited to participate in this proposed visit to Mr. Cheema's in-law's home in Connecticut.

    We have conferred with the prosecutor assigned to Mr. Cheema's case, Assistant United States Attorney Timothy Capozzi, who represented that the Government does not object to the requested modification of the conditions of release to permit Mr. Cheema to attend this family gathering in Connecticut. We have also notified Mr. Cheema's Pretrial Services officer of this request and await her response.

    Please let us know if you have any questions, or require any documentation in order to evaluate Mr. Cheema's request.

---

[1] The exact address has been provided to Pretrial Services.



2

                    Respectfully submitted,

                    *Kelly T. Currie*

                    Kelly T. Currie

Cc:    AUSA Timothy Capozzi (by email)
        Pretrial Services Officer Meherun Mayer (by email)

Enclosures